## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 181 MM 2015

Respondent :

v. :

MAURICE JERMAINE HAGWOOD, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.